### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### EASTERN DIVISION

DANNY GENE WOLFE,                                                                                    PLAINTIFF
REG. #16680-045

v.                                            No. 2:11CV00028 JLH-JTK

CHIEF DENTAL OFFICER MORLEY                                                            DEFENDANT

### ORDER

Plaintiff's Motion to Dismiss this action is GRANTED. Document #8. An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 30th day of March, 2011.

_J. Leon Holmes_
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE