**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

DANNY GENE WOLFE,                                                                        PLAINTIFF
REG. #16680-045

v.                                    No. 2:11CV00028 JLH-JTK

CHIEF DENTAL OFFICER MORLEY                                                  DEFENDANT

## JUDGMENT

Pursuant to the order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 30th day of March, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE